**Orlando Rapheal CLARK, Plaintiff—Appellant,**

v.

**J. SCHRECKER, Defendant—Appellee,**

and

**Wile; Joshua Colt Hofmann, Defendants.**

No. 05–7988.

United States Court of Appeals, Fourth Circuit.

Submitted: May 16, 2006.

Decided: May 22, 2006.

Orlando Rapheal Clark, Appellant Pro Se. Tiffanie W. Sneed, Fayetteville Police Department, Fayetteville, North Carolina; Karen M. McDonald, City of Fayetteville, Fayetteville, North Carolina, for Appellee.

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Orlando Rapheal Clark appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Clark v. Schrecker,* No. CA–02–737–BO (E.D.N.C. July 12 & Dec. 8, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*